**Order entered September 17, 2018**



**In The**

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-18-00869-CR

**ALEXIA REYES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-33196-R**

## ORDER

Before the Court is appellant's September 13, 2018 motion for extension of time to file her brief. In her motion, appellant states she is unable to file her brief because a portion of the reporter's record has not been filed.

We **ORDER** court reporter Anne Meredith to file, within **TEN DAYS OF THE DATE OF THIS ORDER**, either (1) the reporter's record from the April 25, 2018 revocation hearing or (2) written verification that appellant has not paid or made arrangements to pay for the reporter's record of the hearing. We will defer ruling on appellant's extension motion until either the supplemental reporter's record of the April 25 hearing or the court reporter's written verification has been filed.

/s/    CRAIG STODDART
JUSTICE
